# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Austin Binder, | : | |
| | : | Case No. 2:21-cv-136 |
| Plaintiff, | : | |
| | : | Judge Michael H. Watson |
| vs. | : | |
| | : | Magistrate Judge Kimberly A. Jolson |
| Brentlinger Enterprises, | : | |
| d/b/a Midwestern Auto Group, | : | |
| | : | |
| Defendant. | **:** | |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

On February 15, 2023, the Parties reached agreement in principle on a settlement of this matter, subject to the preparation of mutually-acceptable settlement documents (including releases) and Court approval. The Parties anticipate that they will be in a position to submit it, along with the Court approval documents, within the next forty-five (45) days.

Respectfully submitted,

*/s/ Daniel I. Bryant*
Daniel I. Bryant (0090859)
**BRYANT LEGAL, LLC**
1550 Old Henderson Road, Suite 126
Columbus, Ohio 43220
Phone: (614) 704-0546
Facsimile: (614) 573-9826
Email: dbryant@bryantlegalllc.com

Laren E. Knoll (0070594)
THE KNOLL LAW FIRM, LLC
7240 Muirfield Drive, Suite 120
Dublin, Ohio 43017
Telephone: (614) 372-8890
Facsimile: (614) 452-4850
Email: lknoll@knolllaw.com

*Trial Attorneys for Named Plaintiff
and those similarly situated*

/s/ *Christopher J. Hogan (per email consent)*
Marion H. Little, Jr. (0042679)
Lead Trial Counsel
Christopher J. Hogan (0079829)
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio 43215
(614) 365-9900
(Fax) (614) 365-7900
little@litohio.com
hogan@litohio.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of February, 2023, a copy of the foregoing Joint Motion was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system

*/s/ Daniel I. Bryant*
Daniel I. Bryant (0090859)
