IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **AUSTIN BINDER**, on behalf of himself and those similarly situated,<br><br>Representative Plaintiff,<br><br>v.<br><br>**BRENTLINGER ENTERPRISES D/B/A MIDWESTERN AUTO GROUP**,<br><br>Defendant. | *  Case No. 2:21-cv-136<br>*<br>*  Magistrate Judge Kimberly A. Jolson<br>*<br>*<br>*<br>*<br>* |

## ORDER

The Court reviewed Representative Plaintiff's Unopposed Motion for Final Approval of FLSA Collective Action Settlement and Preliminary Approval of Rule 23 Class Action Settlement (Doc. 64) and finds as follows:

1. The Settlement Agreement, together with its attached exhibits, sets forth the terms and conditions for the proposed settlement and dismissal with prejudice of the Action against Defendant, and was the result of extended good faith, arm's length negotiations by the parties.

2. This Court approves the Settlement Agreement as a fair, reasonable, and adequate resolution of disputed claims under the Fair Labor Standards Act ("FLSA") and the Ohio wage and hour laws.

3. For settlement purposes only, this Court certifies the Class, pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3).

4. This Court appoints Austin Binder as the Class Representative.

5. This Court appoints Bryant Legal, LLC and The Knoll Law Firm, LLC as Class Counsel pursuant to Federal Civil Rule 23(g).

6. This Court also approves of the attorneys' fees using the requested lodestar method, including the range of hourly rates of $300 and $400 per hour for attorney Daniel I. Bryant, and costs as outlined in the Settlement Agreement and in attorney Bryant's Declaration in support.

7. This Court appoints Analytics Consulting, LLC as Settlement Administrator.

8. This Court approves the form and substance of the Notices (Exhibits A through B) to the Settlement Agreement, and the distribution of the Settlement Notices via first class U.S. Mail as valid, due, and sufficient notice to the Class Members, pursuant to Federal Rule of Civil Procedure 23.

9. The Court approves the following settlement procedure and timeline:

   a. Defendants shall provide an Excel spreadsheet with names and last known mailing addresses of all potential Class Members as set forth in the Collective and Class Action Lawsuit Settlement;

   b. Notices of Collective and Class Action Lawsuit Settlement shall be distributed as agreed by the Parties;

   c. Class Members shall have sixty (60) days from the date of mailing to review the terms of the Notice to submit a request to opt out or to object;

   d. Class Counsel shall file a Motion for Final Approval of the Class Action Settlement, accompanied by a Declaration from Analytics, LLC verifying that the Notice was properly and timely distributed to the Class Members no later than five (5) days before the Fairness Hearing;

   e. This Court **SCHEDULES** a Fairness Hearing on **May 15, 2024, at 10:00 AM.**

IT IS SO ORDERED.

Date:  January 16, 2024                              /s/ Kimberly A. Jolson
                                                                                                        KIMBERLY A. JOLSON
                                                                                                        UNITED STATES MAGISTRATE JUDGE