IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **AUSTIN BINDER**, on behalf of himself and those similarly situated, | * |
| | Case No. 2:21-cv-136 |
| | * |
| Representative Plaintiff, | |
| | *   Magistrate Judge Kimberly A. Jolson |
| v. | |
| | * |
| **BRENTLINGER ENTERPRISES D/B/A MIDWESTERN AUTO GROUP**, | * |
| | * |
| Defendant. | |
| | * |

## REPRESENTATIVE PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Representative Plaintiff Austin Binder ("Binder," or "Representative Plaintiff"), on behalf of himself and those similarly situated, by and through undersigned counsel, hereby moves this Court for entry of final judgment approving the Parties' Class Action Settlement Agreement ("Agreement" or "Settlement") pursuant to Fed. R. Civ. P. 23. If the Court is amenable, the Parties further request that the fairness hearing scheduled for Wednesday, May 15, 2024 at 10:00 am be held telephonically or by video conferencing since there are no objections to the Settlement.

On January 5, 2024, Representative Plaintiff filed his Unopposed Motion for Final Approval of FLSA Collective Action and Preliminary Approval of Class Action Settlement ("Motion for Preliminary Approval"). (ECF No. 64) On January 16, 2024, this Court entered an Order approving the Settlement Agreement as a fair, reasonable, and adequate resolution of disputed claims under the FLSA and Ohio wage and hour laws and authorizing notice to the

1

certified class members. (ECF No. 66 ("Preliminary Approval Order")) On February 13, 2024, Analytics Consulting, LLC ("Settlement Administrator" or "Claims Administrator") commenced the issuance of Notice in accordance with the terms of the Settlement and the Court's Order preliminarily approving the Settlement. (*See* Declaration of Jeffrey J. Mitchell (hereinafter "Claims Administrator Decl."), attached hereto as **Exhibit 1**, ¶¶ 5–11.) The Court-approved Notice was sent to 65 class members by first-class U.S. mail. (*Id.*) Under the Court-approved Notice, the Opt-Out Forms and written objections to the Settlement had to be received or post-marked on or before April 13, 2024 (*Id.*; *see also* Preliminary Approval Order, ¶ 9c, PageID # 575) Out of the 65 Notices, nine (9) Notices were returned to Analytics without a forwarding address, so Analytics conducted a skip trace in an attempt to ascertain valid addresses for the affected Class Members. (Ex. 1, Claims Administrator Decl., ¶ 9) As a result of those efforts, five (5) new addresses were identified, Analytics re-mailed the Notice to each of the new addresses, and none were returned as undeliverable. (*Id.*, ¶ 9) In other words, 61 out of 65 Class Members were received Notice, which is equivalent to 93.8%. Out of the Class Members, zero (0) requested to be excluded. (*Id.*, ¶¶ 10-11) Importantly, no class members objected to the Settlement. (*Id.*)

As explained in the Motion for Preliminary Approval, the Settlement resolves bona fide disputes involving violations of the Fair Labor Standards Act and Ohio's wage and hour laws. (ECF No. 64, PageID # 496) The Settlement distributions are fair, reasonable, and more than adequate. (*Id.* at PageID # 498 and # 508-515). This is underscored by the fact that no objections to the Settlement were raised and no request for exclusion were received during the notice process.

Therefore, Representative Plaintiff respectfully requests that this Court enter an Order granting final certification of the class and action, and final approval of the Settlement.

Respectfully submitted,

**BRYANT LEGAL, LLC**

*/s/ Daniel I. Bryant*
Daniel I. Bryant (0090859)
4400 N. High St., Suite 310
Phone: (614) 704-0546
Facsimile: (614) 573-9826
Email: dbryant@bryantlegalllc.com

Laren E. Knoll (0070594)
The Knoll Law Firm, LLC
7240 Muirfield Drive, Suite 120
Dublin, Ohio 43017
Telephone: (614) 372-8890
Facsimile: (614) 452-4850
Email: lknoll@knolllaw.com

*Class Counsel for Representative Plaintiff, the*
*FLSA Collective Members, and the Rule 23 Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2024, a true and accurate copy of the foregoing was electronically filed with the United States District Court for the Southern District of Ohio through the Court's CM/ECF system, and that such system will send electronic notice of the filing to all counsel of record.

/s/*Daniel I. Bryant*
Daniel I. Bryant (0090859)

3